UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RECLAIM COMPANY LLC, a Washington limited liability company,<br><br>Defendant. | No. C19-01756-TSZ<br><br>ORDER TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM |

THIS MATTER coming to be heard upon Plaintiffs' Motion, Plaintiffs appearing through their attorneys, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the Defendant not represented by counsel, and the Court being fully advised, now, therefore:

IT IS HEREBY ORDERED AND DECREED:

1. Plaintiffs' Motion, docket no. 9, to Compel Defendant's Compliance with Subpoena Duces Tecum is GRANTED;

ORDER TO COMPEL COMPLIANCE
WITH SUBPOENA DUCES TECUM - 1

2. Defendant, Reclaim Company LLC, will turn over the requested reports within ten calendar days of this Order to Plaintiffs' counsel. Defendant, Reclaim Company LLC may deliver the requested documents via U.S. mail.

DATED this 20th day of March, 2020.

_____
Thomas S. Zilly
United States District Judge

PRESENTED FOR ENTRY:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

s/Russell J. Reid
Russell J. Reid, WSBA #2560
Attorneys for Plaintiffs