UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RECLAIM COMPANY LLC, <br><br> Defendant. | C19-1756 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court's ruling on Plaintiffs' Motion for Default Judgment, docket no. 12, is DEFERRED. On or before April 24, 2020, Plaintiffs are DIRECTED to file a supplemental brief addressing the following issues:

(a) Whether Plaintiffs identified in any pleading Account No. 72010, prior to the Motion for Default Judgment;

(b) Whether, if allegations related to Account No. 72010 were not pled in the complaint, Plaintiffs are entitled to any relief associated with that account; *see* Fed. R. Civ. P. 54(c); *Roadrunner Transp. Servs., Inc. v. Tarwater*, 2013 WL 12171729, at *2 (C.D. Cal. Aug. 9, 2013), *aff'd*, 642 Fed. Appx. 759 (9th Cir. 2016).

MINUTE ORDER - 1

(c) An accounting of the attorneys' fees and costs associated with Account No. 72010.

(2) Plaintiffs' Motion for Default is RENOTED to April 24, 2020.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of April, 2020.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 2