UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br> Plaintiffs, <br> v. <br> RECLAIM COMPANY LLC, a Washington limited liability company, <br> Defendant. | NO.   C19-01756-TSZ <br><br> JUDGMENT |

**Summary of Judgment**

Judgment Creditor:         Operating Engineers Trust Funds
Judgment Debtor:           Reclaim Company LLC

<u>Amounts Payable to Plaintiff Fund</u>
Unpaid Contributions:              $58,612.56
Liquidated Damages                 $7,055.11
Interest through March 13, 2020    $5,569.76
Interest thereafter (on unpaid
  contributions only)              0.21% per annum from April 1, 2020

<u>Amounts Payable to Plaintiff Local Union</u>
Unpaid Union Dues:                 $3,672.46

<u>Amounts Payable to All Plaintiffs</u>
Attorney's Fees:                   $601.50
Costs:                             $490.00
Other Recovery Amounts:            NONE
Interest Rate on Costs:            NONE
Attorneys for Judgment
  Creditor:                        Reid, McCarthy, Ballew & Leahy, L.L.P.

DEFAULT JUDGMENT – C19-01756-TSZ
Page 1 of 2

Plaintiffs' Motion for Entry of Default Judgment, docket no. 12, is STRICKEN as moot, and Plaintiffs' Amended Motion for Entry of Default Judgment against Defendant Reclaim Company LLC, docket no. 15, is GRANTED.  It is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded default judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302 with which the Defendant has valid project agreements and which amounts are due by reason of its specific acceptance of the Declarations of Trust for Account No. 72007 for the period April 2019; Account No. 72008 for the period May 2019; and Account No. 72009 for the period May 2019 through August 2019: for contributions of $58,612.56, for dues of $3,672.46, for liquidated damages of $7,055.11, for pre-judgment interest of $5,569.76, for attorneys' fees of $601.50, and for costs of $490.00; all for a total of $76,001.39, together with interest on unpaid contributions, pursuant to 28 U.S.C. § 1961, at the rate of twenty-one hundredths of one percent (0.21%) per annum from April 1, 2020, until paid in full.

JUDGMENT ENTERED this 24th day of April, 2020.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge